| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Mary Kim Keating,<br>aka Kim Keating,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:22–bk–01975–HWV |

| **Notice** |
|---|
| Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above–referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.<br><br>This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).<br><br>**The following document(s), if listed below, are due immediately:**<br><br>**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**<br><br>- Chapter 13 Plan. Local Bankruptcy Form 3015–1<br><br>*To obtain the most recent Official Bankruptcy Forms, please refer to*<br>*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx* |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 14, 2022 |

ntdeffil (Notice of Deficient Filing) (12/18)